UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

```
ROBERT O. IDAHOSA,              )
                                )
        Plaintiff,              )
                                )
    v.                          )     Case No. 05-1159
                                )
CREVE COEUR POLICE DEPARTMENT,  )
VILLAGE OF CREVE COEUR,         )
and BRIAN K. DESPINES,          )
                                )
                                )
        Defendants.             )
```

## O R D E R

Before the Court is Magistrate Judge Byron G. Cudmore's Report and Recommendation ("R & R") [Doc. # 15], addressing Defendants' Motion for Enlargement of Time to Answer or Otherwise Plead [Doc. # 10], Plaintiff's Motion for Default Judgment as to all Defendants [Doc. # 11], and Defendants' Motion for Leave to File Answer and Affirmative Defenses [Doc. #13].  Plaintiff has filed objections and Defendants have responded.  For the reasons that follow, the Court will adopt the magistrate judge's recommendation.

### BACKGROUND

The Complaint in this case was filed on May 25, 2005. Defendants' answers were initially due August 1, 2005.  On August 5, 2005, Defendants filed an Entry of Appearance and a Motion for Enlargement of Time to Answer or Otherwise Plead. On August 8, 2005, the magistrate judge initially granted Defendants' Motion for Enlargement of Time and directed that answers be filed on or before September 2, 2005.  Subsequently, Plaintiff filed his Response and Opposition to Defendants' Motion for Enlargement of Time and a

Motion for Default Judgment as to all Defendants.  Thereafter, The magistrate judge vacated the grant of extension of time to Defendants.

## LEGAL STANDARD

A district court reviews *de novo* any portion of a magistrate judge's Report and Recommendation to which "specific written objection has been made."  Fed.R.Civ.P. 72(b).  "The district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions."  Id.  However, the Court emphasizes that Rule 72(b) contemplates "<u>specific</u>, written objections to the proposed findings and recommendations [of the magistrate judge]."  Id. (emphasis added).

## ANALYSIS

The decision as to whether to enter default lies within this Court's discretion.  <u>Silva v. City of Madison</u>, 69 F.3d 1368, 1377 (7th Cir. 1995).  In this case, the Court finds entry of default is not warranted.  The brief five day delay between the August 1 deadline and Defendants' first appearance do not warrant such a sanction.  Cf. id. (district court did not abuse its discretion in denying default judgment where, *inter alia*, defendant's delay in filing responsive pleading caused only a minimal delay).

## CONCLUSION

IT IS THEREFORE ORDERED that the Court ADOPTS Magistrate Judge Byron G. Cudmore's Report and Recommendation [Doc. # 15].

IT IS FURTHER ORDERED that Defendants' Motion for Enlargement of Time to Answer or Otherwise Plead [Doc. # 10] is DENIED as MOOT.

2

IT IS FURTHER ORDERED that Plaintiff's Motion for Default Judgment as to all Defendants [Doc. # 11] is DENIED.

IT IS FURTHER ORDERED that Defendants' Motion for Leave to File Answer and Affirmative Defenses [Doc. #13] is GRANTED. The Clerk is directed to file the Answer which is attached to Defendants' motion [Doc. # 13].

IT IS FURTHER ORDERED that this case is referred to Magistrate Judge Cudmore for further proceedings.

Entered this ___23rd___ day of January, 2006.

                                                          ___s/ Joe B. McDade___
                                                          JOE BILLY McDADE
                                                    United States District Judge