# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| ROBERT O. IDAHOSA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-cv-1159 |
| | ) |
| CREVE COEUR POLICE DEPARTMENT, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Before the Court are the Motion to Appoint Counsel on Appeal filed by Plaintiff, Robert O. Idahosa, on July 2, 2007 [Doc. 56] and the Motion for Leave to Appeal In Forma Pauperis filed by Plaintiff on July 2, 2007 [Doc. 57]. The Motion to Appoint Counsel is DENIED WITHOUT PREJUDICE and the Motion for Leave to Appeal In Forma Pauperis is GRANTED.

Federal Rule of Appellate Procedure 24(a)(3) provides that a party who was granted leave to proceed in forma pauperis ("IFP") before the District Court may proceed in forma pauperis before the Court of Appeals "without further authorization." Plaintiff was granted IFP status before this Court on May 25, 2005 and may proceed IFP on appeal.

Civil litigants are not entitled to a court appointed attorney. Johnson v. Doughty, 433 F.3d 1001, 1006 (7th Cir. 2006). However, the Court may request an attorney to represent

an indigent litigant.  28 U.S.C. §1915(e)(1).  Prior to such a request, the litigant must show that he made a reasonable attempt to acquire counsel without Court intervention.  Jackson v. County of McLean, 953 F.2d 1070, 1073 (7th Cir. 1992).  After a litigant has made such an attempt, the Court considers whether "given the difficulty of the case, d[oes] the plaintiff appear to be competent to try it himself, and, if not, would the presence of counsel [] [make] a difference in the outcome?" Farmer v. Haas, 990 F.2d 319, 322 (7th Cir. 1993); See also Gil v. Reed, 381 F.3d 649, 656-657 (7th Cir. 2004).

Plaintiff has not indicated that he has attempted to secure counsel without Court intervention.  Even if had made such an effort, however, appointment of counsel is not warranted in this case.  Plaintiff is competent to represent himself and counsel would not make a difference in the outcome.  Plaintiff has demonstrated a sufficient understanding of procedure and the law to allow him to effectively pursue an appeal.

For the foregoing reasons, the Motion to Appoint Counsel [Doc. 56] is DENIED WITHOUT PREJUDICE and the Motion for Leave to Appeal In Forma Pauperis is GRANTED.

Entered this   11th   day of July, 2007

s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge